IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIKA L. GRUENERT, | Case No. 1:20-cv-01811 |
| Plaintiff, | |
| v. | Honorable John F. Kness |
| PALMCO POWER IL, LLC, | |
| Defendant. | |

**STATUS REPORT**

Pursuant to the Court's Third Amended General Order 20-0012 pertaining to the Coronavirus COVID-19 Public Emergency, Plaintiff submits the following Status Report:

a) **Progress of Discovery:** Defendant Palmco Power IL, LLC ("Defendant") has yet to formally appear.[1] Pursuant to the General Orders regarding the Coronavirus COVID-19 Public Emergency, Defendant's responsive pleading is currently due on June 25, 2020.

b) **Status of Unresolved Motions:** None.

c) **Settlement Efforts:** Plaintiff made a settlement demand to Defendant on May 1, 2020. Defendant has yet to respond to Plaintiff's demand.

d) **Proposed 45 Day Schedule:** Plaintiff proposes that the Court set an initial status hearing in the first week of July 2020.

---

[1] Todd Stelter of Hinshaw & Culbertson LLP has reached out to the undersigned and advised that he will be representing Defendant in this matter.

1

e) **Proposed Discovery and Dispositive Motion Schedule:** Plaintiff proposes that the Court set an appropriate discovery schedule at the initial status hearing. In the event the stay-at-home order is extended past May 31, 2020, then Plaintiff proposes that the parties be required to file a joint status report no later than June 15, 2020 with proposed discovery deadlines. If the Court finds the dates appropriate, the Court can enter a scheduling order without requiring the parties to appear for an initial status hearing. With respect to dispositive motions, Plaintiff believes it is premature to set briefing deadlines.

f) **Agreed Action that Court Can Take Without Hearing:** *See* Plaintiff's proposals in Sections d and e above.

g) **Necessity of Telephonic Hearing:** None.

Dated: May 15, 2020

Respectfully submitted,

s/ Mohammed O. Badwan
Mohammed. O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8180
(630) 575-8188 (fax)
mbadwan@sulaimanlaw.com